Commonwealth ex rel. Johnson, Appellant,
*v.* Myers.

Argued March 13, 1961.   Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Walter Johnson,* appellant, in propria persona, submitted a brief.

*George W. Gekas,* Assistant District Attorney, with him *Mary Hoerner Leedom,* Assistant District Attorney, and *Martin H. Lock,* District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1961:

The Order of the Court of Common Pleas of Dauphin County is affirmed on the opinion of Judge CARL B. SHELLEY for the court below, reported at 23 Pa. D. & C. 2d 397.